No. 267, Misc. FOSTER v. BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied. Petitioner *pro se.* *C. Donald Robertson,* Attorney General of West Virginia, *George H. Mitchell* and *Simon M. Bailey,* Assistant Attorneys General, for respondent.

No. 294, Misc. IN RE SMITH. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 568, Misc. GAMBLE v. SACKS, WARDEN. C. A. 6th Cir. Certiorari denied. Petitioner *pro se.* *Mark McElroy,* Attorney General of Ohio, and *Aubrey A. Wendt,* Assistant Attorney General, for respondent.

No. 595, Misc. SMITH v. SETTLE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for respondents.

No. 760, Misc. LYONS ET AL. v. OHIO. Supreme Court of Ohio. Certiorari denied. Petitioners *pro se.* *Robert L. Marrs* for respondent.

No. 792, Misc. PELIO v. NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se.* *Frank D. O'Connor* and *Benj. J. Jacobson* for respondent.

No. 1109, Misc. BOLES v. HEARD, CORRECTIONS DIRECTOR. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se.* *Will Wilson,* Attorney General of Texas, and *Sam R. Wilson, Linward Shivers* and *Charles R. Lind,* Assistant Attorneys General, for respondent.